IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

No. 2:18-CV-00626-WJ-KRS

BERT MADERA; MONTIE CAROL
MADERA; and PITCHFORK CATTLE
COMPANY, LLC,

    Plaintiffs,

v.

R. BRIAN COKER; SCOTT W. JOHNSON;
OZARK ROYALTY CO., LLC; and
CHIRON FINANCIAL LLC,

    Defendants.

**STIPULATION OF DISMISSAL**

The parties hereby stipulate to the dismissal of this cause pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This dismissal is with prejudice except to the extent that Plaintiffs and Defendants R. Brian Coker and Ozark Royalty Co., LLC reserve any claims they may have related to the case pending in New Mexico's Fifth Judicial District Court, Lea County, and captioned *Foundation Minerals, LLC v. Madera*, et al., Case No. D-506-cv-2017-01744, or related to the facts and circumstances surrounding that litigation, or to the contract at issue in that litigation, or to the mineral interests at issue in that litigation. This stipulated dismissal does not impact or impair any such claims, as further described in the settlement agreement between Plaintiffs and Defendants R. Brian Coker and Ozark Realty Co., LLC.

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Charles R. Peifer*
    Charles R. Peifer
    Carter B. Harrison IV
Post Office Box 25245
Albuquerque, NM 87125-5245
Tel:    505-247-4800
Email: cpeifer@peiferlaw.com
        charrison@peiferlaw.com

*Attorneys for the Plaintiffs*

HINKLE, HENSLEY, SHANOR & MARTIN, LLP

By: *Electronically approved 08/17/18*
    Lucas M Williams
    Ann C. Tripp
Post Office Box 10
Roswell, NM 88202-0010
Tel:    575-622-6510
Fax:    505-623-9332
Email: lwilliams@hinklelawfirm.com
        atripp@hinklelawfirm.com

*Attorneys for Defendants Chiron Financial LLC and Scott W. Johnson*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *Electronically approved 08/17/18*
    Eric R. Burris
    Debashree Nancy
201 Third Street NW, Suite 1800
Albuquerque, NM 87102
Tel:    505-244-0770
Fax:    505-244-9266
Email: eburris@bhfs.com
        rnandy@bhfs.com

*Attorneys for Defendants R. Brian Coker and Ozark Royalty Co., LLC*